**STATE of Missouri, Plaintiff/Respondent,**

v.

**Roy Glenn CAVANESS, Defendant/Appellant.**

**Roy Glenn CAVANESS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**Nos. 60272, 61653.**

Missouri Court of Appeals, Eastern District, Division One.

Jan. 19, 1993.

Raymond Legg, Emmett D. Queener, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris III, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of two counts of second degree assault, § 565.060, RSMo 1986. We affirm. The evidence in support of the jury verdict

is not insufficient and no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).